# EXHIBIT 2

in [Search] | 🏠 👥 💼 💬 🔔¹ [profile] | ⋮⋮⋮ | Try Premium for Free



**Online Info Session -** **Discover the degree of choice for engineering managers. November 13 5:30 PM** Ad ⋯



## Michael Jopes • 2nd

Chief Financial Officer at Napleton Dealership Group

Napleton Dealership Group • University of Illinois

Greater Chicago Area • 358 👥

Connect | **Send InMail** | ⋯

---

### Highlights



**1 Mutual Connection**
You and Michael both know James F Hendricks Jr

---

### Experience

**Chief Financial Officer**
Napleton Dealership Group
Apr 2004 – Present • 13 yrs 8 mos

Responsible for all financial, banking, insurance and IT aspects of 24 franchise dealership chain. Also involved in all phases of dealership operations and human resources at each location.

---

**Controller**
Miller Consolidated
Mar 2001 – Apr 2004 • 3 yrs 2 mos

Controller for 9 franchise chain of auto dealerships. Handled banking and financial relationships. Responsible for all financial affairs of the group.

---

**Controller**
Fair Oaks Ford
Jun 1999 – Mar 2001 • 1 yr 10 mos

Contoller for 2 point franchise responsible for financial statements and all accounting functions.

---

**Controller/General Manager**
Wilson Engineering
Apr 1996 – Jun 1999 • 3 yrs 3 mos

Responsible for all financial aspects of distribution company. Also responsible for day to day operations.

---

### Contact and Personal Info

Michael's Profile

Show more ⌄

| Promoted |
| --- |

 **Leads for New Attorneys**
Need New Clients? We connect you with 100K requesting legal help.

 **The Top Trial Lawyers**
Million Dollar Advocates Forum Since 1993. Are you qualified?

 **Data Science Master's**
Graduate in as few as 13 Months from UC Riverside Online.

### People Also Viewed

**Kristen Napleton** • 3rd
President

 **Shanda Taylor** • 3rd
Controller

 **Ed Napleton** • 3rd
Ed Napleton is President at Nap Auto Group

 **Caroline Grossinger** • 2nd
Owner, Grossinger Auto Group

 **Ed Napleton Auto Group** • 2n
President at Ed Napleton Auto G

 **Rod Winklepleck** • 3rd
Corporate Finance Director Ed Napleton Automotive Group

 **Bob Loquercio** • 2nd
CEO/President at Bob Loquercio Automotive Group, Elgin Toyota Hyundai, Elgin Chrysler/Dodge/Jeep/Ram, Chic Northside Toyota, Honda City

 **Guy Trnka** • 3rd
Used Car Manager at Laurel BMW Westmont

 **Jimmie Page** • 3rd
Sales Director of Napleton Autor Group

**Eddie Napleton** • 2nd
OWNER at Ed Napleton Honda

### Popular courses on LinkedIn Learnin

 **Financial Analysis: Makir Business Projections**
Viewers: 22,054

(1) Michael Jopes | LinkedIn



Sales Forecasting
Viewers: 9,525

See more

Jun 1992 – Apr 1996 • 3 yrs 11 mos

Responsible for the Asset Based Audit Department. Monitored and audited companies with asset based loans. Supervised audit staff.

## Education

### University of Illinois
MBA, Finance/Accounting
1989 – 1991

### University of Illinois
B.S., Economics/Finance
1985 – 1989

## Volunteer Experience

### Treasurer Illinois Rockets
Naperville, IL
May 2010 – Present • 7 yrs 7 mos

## Featured Skills & Endorsements

Finance · 33          Endorsed by **Karl Regalado, who is highly skilled at this**

Accounting · 24          Endorsed by **Michael Stankoven, who is highly skilled at this**

Banking · 18          **Gene Holst and 17 connections** have given endorsements for this skill

See 15 more skills ⌄

## Recommendations

**Received (1)**          Given (2)

**Gene Holst**
service manager at Harvard Ford
June 24, 2013, Gene reported directly to Michael

Mike has extraordinary ability to see the good in an employee and get the best out of that employee. Mike definitely knows all aspects of a dealership and has earned the respect of everybody he comes in touch with.



Search