# EXHIBIT 4



# My Benefits Group Inc.

P.O. Box 437    Pontiac, IL 61764    Ph. 224-305-2124    Fax 877-530-1779

## RECOGNITION AGREEMENT

### CHEMICAL & PRODUCTION WORKERS' UNION LOCAL 30
### I.U.A.N. & P.W.-AFL-CIO

This Recognition Agreement is made and entered into this ___4/1/2013___ by and between ___Napleton Auto Werks, 0561___ of 10400 W. Higgins, Ste. 205, Rosemont, IL 60018, hereinafter called the "**Employer**" and **Chemical & Production Workers' Union Local 30, P.W.-AFL-CIO**, hereinafter called the "**Union**."

1. The **Employer** agrees to recognize the **Union** as the exclusive bargaining agent of its employees in the unit set forth below subject to the **Union** demonstrating majority status by a showing of a majority of signed authorization cards executed by employees in the below mentioned unit.

2. The **Employer** agrees, upon a demonstration of majority status by the **Union**, to recognize the **Union** as the sole collective bargaining agent with respect to wages, hours, and other terms and conditions of employment in a unit composed of full-time employees_____, but excludes the class n/a_____, including ineligible classes as defined in the National Labor Relations Act, as amended. Full-time employment shall include any employee who is regularly scheduled to work at least _38_ hours each week, or who accumulates a total of at least _1900_ hours in a calendar year (use 50-week basis).

3. It is agreed that the parties or their representatives will meet promptly to establish employee benefits and other terms and conditions of employment for the employees covered by this **Recognition Agreement**, and that upon completion of such meetings the parties' agreement shall be promptly reduced to writing and signed by the **Employer** and the **Union**.

4. The Employer agrees that this **Recognition Agreement** shall remain in effect unless sixty (60) days prior to expiration of this Agreement written notice is given to the Bargaining Agent by either party. This **Recognition Agreement** is executed by the parties' duly authorized representatives on the day and year written above.

**For the Employer:**
_____
(Signature)

Mike Jopes
_____
(Print Name)

Title: CEO _____

**For the Union:**
_____
(Signature)

MARK A SPANO
_____
(Print Name)

Title: President

# My Benefits Group Inc.

P.O. Box 437    Pontiac, IL 61764    Ph. 224-305-2124    Fax 877-530-1779

## ADDENDUM TO THE MASTER CONTRACT

Between

The CHEMICAL & PRODUCTION WORKERS' UNION LOCAL 30
I.U.A.N. & P.W.-AFL-CIO
And
The MY BENEFITS GROUP, INC. (as "Bargaining Agent")
On behalf of

Napleton Auto Werks, 0561, of 10400 W. Higgins, Ste. 205, Rosemont, IL 60018
(Employer) (Address)

### Addendum

This Addendum is hereby made part of the My Benefits Group Inc. Master Contract, dated September 1, 2012 governing the above named Employer

**ARTICLE I – BARGAINING UNIT**

**Section 2. Employee Defined:**
Employees shall include any person in the unit of employees described in the **Bargaining Unit**.

**ARTICLE II - RECOGNITION**

**Section 1. Trial period:**
All new inexperienced employees hired by the Employer shall have a trial period of (60) days, subject to a mutually agreed upon extension for an additional period of up to (0) days.

**ARTICLE V – HOURS OF WORK**

**Section 1 – 5. Wages and Salaries:**
All wages and salaries under these Sections will be established by the Employer in its sole discretion.

**ARTICLE VI – HOLIDAYS**

**Section 2. Eligible Employees:**
Eligible employees shall receive the following holidays (with) or (without) pay: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day;

Other:_____

# My Benefits Group Inc.

P.O. Box 437    Pontiac, IL 61764    Ph. 224-305-2124    Fax 877-530-1779

## ARTICLE VII – VACATIONS

### Section 1. Eligibility:

All Vacation schedules will be
(✓) As outlined below:

| Length of Employment | | Length of Vacation |
|---|---|---|
| At Least | but Less Than | |
| 1-3 | 5 days | |
| 3-8 | 10 days | |
| | | |
| | | |

## ARTICLE XI – MISCELLANEOUS PROVISIONS

### Section 2. Work by Supervisors:

Employer at his sole discretion will direct Supervisors as necessary to perform duties deemed necessary to keep its company running at maximum performance.

### Section 4. Notices:

Whenever under the agreement a provision is made for notice of any kind or where it is deemed desirable or necessary by either party to give notice to the other, it shall be deemed sufficient notice and service thereof if such notice is sent by registered or certified mail, as follows:

| To Union: | To Association: |
|---|---|
| Chemical & Production Workers<br>Union Local 30<br>1950 West Erie Street<br>Chicago, IL 60622 | My Benefits Group Inc.<br>P.O. Box 437.<br>Pontiac, IL 61764 |

Either party by like notice may change the address to which such notice shall be sent. Notice given in accordance with these provisions shall be effective when mailed.

## ARTICLE XII – HEALTH and WELFARE FUND

### Section 2. Employee Contribution

Effective __4/1/2013_____, the Employer shall pay on behalf of each eligible Employee into the Central States Joint Board, Health & Welfare Trust Fund no less than ___ of the employee only rate. The Employer may select the premiums to be charged to Employees with dependent coverage as negotiated with the Association. The rate guarantee is from January 1st through December 31st of every year.

Addendum                                                                                           1/21/2013



# My Benefits Group Inc.

P.O. Box 437    Pontiac, IL 61764    Ph. 224-305-2124    Fax 877-530-1779

### Section 3. Rate Increase

Effective January 1 of each year, the Employer shall pay on behalf of each eligible Employee as described in Section 1 into the Central States Joint Board, Health and Welfare Trust Fund an amount that shall not exceed the previous year's rate by more than 22%.

## ARTICLE XV – RETIREMENT BENEFITS

### Section 1. Type of Benefit:

(a) None _____
(b) Profit sharing or 401(k) plan ✓
(c) Defined Benefit or Contribution Pension Plan _____
(d) Severance Plan _____

## ARTICLE XX – WAGES

### Section 1. Wage Schedule:

(a) A minimum wage rate of $ __10.00__ per hour shall be provided to each Employee covered herein.
(b) Effective immediately there is a wage freeze. Within one year from date of contract there shall be a review by the Employer per employee to determine any wage increase.

## ARTICLE XXIII - TERMINATION

This Agreement, when signed by a duly authorized Officer of the Union and the Association, shall remain in full force and effect until _____3/31/2014_____. Unless sixty (60) days prior to the expiration of this Agreement, or any extension thereof, either party gives written notice to the other party of termination or modification of this Agreement.

IN WITNESS WHEREOF, The parties have signed this Addendum this __1st__ day of __April__, 20__13__.

EMPLOYER:
__Napleton Auto Werks, 0561__

By: _[signature]_
Title: CEO

UNION:
Chemical & Production Workers Local 30
I.U.A.N. & P.W.-AFL-CIO

By: _[signature]_
Title: _[signature]_

ACCEPTED:
MY BENEFITS GROUP, INC.
By: _[signature]_    Title: CEO

2/4/2013
Addendum