# EXHIBIT 5


# My Benefits Group Inc.

30466 S. Indian Trail Road~ Wilmington, IL 60481~P. 815-844-3127~F. 877-530-1779

## RECOGNITION AGREEMENT

### CHEMICAL & PRODUCTION WORKERS' UNION LOCAL 30
### I.U.A.N. & P.W.-AFL-CIO

This Recognition Agreement is made and entered into this __April 1, 2014__ by and between _____Napleton Auto Works_____ of __10400 W. Higgins Ave, Ste. 205 Rosemont, IL 60018__, hereinafter called the "Employer" and Chemical & Production Workers' Union Local 30, P.W.-AFL-CIO, hereinafter called the "Union."

1. The **Employer** agrees to recognize the **Union** as the exclusive bargaining agent of its employees in the unit set forth below subject to the **Union** demonstrating majority status by a showing of a majority of signed authorization cards executed by employees in the below mentioned unit.

2. The **Employer** agrees, upon a demonstration of majority status by the **Union**, to recognize the **Union** as the sole collective bargaining agent with respect to wages, hours, and other terms and conditions of employment in a unit composed of full-time __employees_____, but excludes the class _____, including ineligible classes as defined in the National Labor Relations Act, as amended. Full-time employment shall include any employee who is regularly scheduled to work at least __40_____ hours each week or who accumulates a total of at least_____ **hours** in a calendar year (use 50-week basis).

3. It is agreed that the parties or their representatives will meet promptly to establish employee benefits and other terms and conditions of employment for the employees covered by this **Recognition Agreement**, and that upon completion of such meetings the parties' agreement shall be promptly reduced to writing and signed by the **Employer** and the **Union**.

4. The Employer agrees that this **Recognition Agreement** shall remain in effect unless sixty (60) days prior to expiration of this Agreement written notice is given to the Bargaining Agent by either party. This Recognition Agreement is executed by the parties' duly authorized representatives on the day and year written above.

For the Employer:                                   For the Union:
_(Signature)_                                        _(Signature)_
Mike Jopes                                          MRCA SLAN
(Print Name)                                        (Print Name)
Title: CFO                                          Title:



# My Benefits Group Inc.

30466 S. Indian Trail Road~ Wilmington, IL 60481~P. 815-844-3127~F. 877-530-1779

## ADDENDUM TO THE MASTER CONTRACT

Between

The CHEMICAL & PRODUCTION WORKERS' UNION LOCAL 30
I.U.A.N. & P.W. - AFL-CIO
And
The MY BENEFITS GROUP, INC. (as "Bargaining Agent")
On behalf of

<u>Napleton Auto Werks</u> of <u>10400 W. Higgins Ave, Ste. 205 Rosemont, IL 60018</u>
(Employer)           (Address)

### Addendum

This Addendum is hereby made part of the My Benefits Group Inc. Master Contract, dated September 1, 2012 governing the above named Employer. This Employer has sent My Benefits Group their employee handbook to be used were applicable.    yes    no ✓

**ARTICLE I – BARGAINING UNIT**

         **Section 2. Employee Defined:**
Employees shall include any person in the unit of employees described in the Bargaining Unit.

**ARTICLE II - RECOGNITION**

         **Section 1. Trial period:**
All new inexperienced employees hired by the Employer shall have a trial period of (60) days, subject to a mutually agreed upon extension for an additional period of up to (0) days.

**ARTICLE V – HOURS OF WORK**

         **Section 1 – 5. Wages and Salaries:**
All wages and salaries under these Sections will be established by the Employer in its sole discretion.

**ARTICLE VI – HOLIDAYS**

         **Section 2. Eligible Employees:**
Eligible employees shall receive the following holidays (with) or (without) pay: New Year's Day, Memorial Day, Independence Day, Labor Day, Thanksgiving Day, Christmas Day;

Other: _____



# My Benefits Group Inc.

30466 S. Indian Trail Road~ Wilmington, IL 60481~P. 815-844-3127~F. 877-530-1779

**ARTICLE VII – VACATIONS**

### Section 1. Eligibility:

All Vacation schedules will be
(✓) As outlined below:

| Length of Employment At Least | but Less Than | Length of Vacation |
|---|---|---|
| One Year | | One Week |
| Two Years | | Two Weeks |
| | | |
| | | |

**ARTICLE XI – MISCELLANEOUS PROVISIONS**

### Section 2. Work by Supervisors:

Employer at his sole discretion will direct Supervisors as necessary to perform duties deemed necessary to keep its company running at maximum performance.

### Section 4. Notices:

Whenever under the agreement a provision is made for notice of any kind or where it is deemed desirable or necessary by either party to give notice to the other, it shall be deemed sufficient notice and service thereof if such notice is sent by registered or certified mail, as follows:

To Union:

Chemical & Production Workers
Union Local 30
1950 West Erie Street
Chicago, IL 60622

To Association:

My Benefits Group, Inc.
30466 S. Indian Trail Rd.
Wilmington, IL 60481

Either party by like notice may change the address to which such notice shall be sent. Notice given in accordance with these provisions shall be effective when mailed.

**ARTICLE XII – HEALTH and WELFARE FUND**

### Section 2. Employee Contribution

Effective \_\_\_\_April 1 2014\_\_\_\_, the Employer shall pay on behalf of each eligible Employee into the Central States Joint Board, Health & Welfare Trust Fund    80%    of the employee only rate. The Employer may select the premiums to be charged to Employees with dependent coverage as negotiated with the Association. The rate guarantee is from January 1st through December 31st of every year.

Addendum                                                                                                                      1/21/2013



# My Benefits Group Inc.

30466 S. Indian Trail Road~ Wilmington, IL 60481~P. 815-844-3127~F. 877-530-1779

### Section 3. Rate Increase

Effective January 1 of each year, the Employer shall pay on behalf of each eligible Employee as described in Section 1 into the Central States Joint Board, Health and Welfare Trust Fund an amount that shall not exceed the previous year's rate by more than 22%.

## ARTICLE XV – RETIREMENT BENEFITS

### Section 1. Type of Benefit:

(a) None_____
(b) Profit sharing or 401(k) plan ✓
(c) Defined Benefit or Contribution Pension Plan _____
(d) Severance Plan_____
(e) Performance and/or Annual Bonuses _____
(f) Cost of Living (COL) increase _____

## ARTICLE XX – WAGES

### Section 1. Wage Schedule:

(a) A minimum wage rate of $ __10.00__ per hour shall be provided to each Employee covered herein.

(b) Within one year from date of contract and/or on the anniversary of hire for each employee, an annual review by the Employer shall determine any wage increase, if any.

## ARTICLE XXIII – TERMINATION

This Agreement, when signed by a duly authorized Officer of the Union and the Association, shall remain in full force and effect until __MARCH 31, 2015__. Unless sixty (60) days prior to the expiration of this Agreement, or any extension thereof, either party gives written notice to the other party of termination or modification of this Agreement.

IN WITNESS WHEREOF, The parties have signed this Addendum this __1__ day of __April 1 2014__

EMPLOYER:
__Napleton Auto Werks__

By: _____
Title: __CFO__

UNION:
Chemical & Production Workers Local 30
I.U.A.N. & P.W.- AFL-CIO

By: _____
Title: _____

ACCEPTED:
MY BENEFITS GROUP, INC.
By: _____ Title: __CEO__

Addendum

2/4/2013